358 November 20, 2024 No. 841

*This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).*

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

BRENT PATRICK GUILLOU,
*Defendant-Appellant.*

Washington County Circuit Court
21CR55838; A179598

Brandon M. Thompson, Judge.

Submitted October 10, 2024.

Larry R. Roloff and Janie Morgensen filed the opening brief for appellant. On the reply brief was Larry R. Roloff.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Leigh A. Salmon, Assistant Attorney General, filed the brief for respondent.

Before Aoyagi, Presiding Judge, Egan, Judge, and Joyce, Judge.

AOYAGI, P. J.

Affirmed. *State v. McKinney/Shiffer*, 369 Or 325, 505 P3d 946 (2022); *State v. Owen*, 369 Or 288, 505 P3d 953 (2022); *see Re v. PERS*, 256 Or App 52, 54, 301 P3d 932, *rev den*, 353 Or 867 (2013) ("It is not this court's role to overrule, directly or indirectly, Supreme Court case law.").